IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 MJ 125

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL CHRISTOPHER ESTES, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Unopposed Motion for Waiver of Speedy Trial [# 8] brought by Defendant. Defendant understands that he has the right to have the charges against him presented to a grand jury within 30 days of his arrest on a criminal complaint, 18 U.S.C. § 3161(b). The Government plans to present the case to a grand jury, however, five days beyond the 30-day requirement. The Government asked Defendant to consider waiving the 30-day requirement. Defendant discussed this with counsel and has signed a waiver. Believing that the waiver would not present a hardship or prejudice either party, the Court finds good cause to grant the motion.

Therefore, the Court **GRANTS** the motion [# 8]. Defendant has waived his right to have the charges against him presented to a grand jury within 30 days of his arrest on a criminal complaint.

Signed: October 31, 2017

_____
Dennis L. Howell
United States Magistrate Judge